1  Christopher Pinedo (SBN 237245)
   Robert C. Hillard (*Pro Hac Vice* forthcoming)
2  Bonnie Rickert (*Pro Hac Vice* forthcoming)
   Benjamin R. O'Connor (*Pro Hac Vice* forthcoming)
3  Jakub Banaszak (*Pro Hac Vice* forthcoming)
4  **HILLIARD LAW**
   719 S. Shoreline Blvd.
5  Corpus Christi, TX 78401
   Telephone: (361) 882-1612
6  Facsimile: (361) 882-3015
7  cpinedo@hilliard-law.com
   bobh@hilliard-law.com
8  brickert@hilliard-law.com
   boconnor@hilliard-law.com
9  jbanaszak@hilliard-law.com

10 *Attorneys for Plaintiff,*
   *JOHN DOE L.D., as Parent and Guardian*
11 *and on behalf of minor plaintiff, JOHN DOE P.D.*

12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15 
| JOHN DOE L.D., as Parent and Guardian and on behalf of minor plaintiff, JOHN DOE P.D., | Case No: 3:25-cv-9990 |
|---|---|
| Plaintiff, | **ORDER GRANTING PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS** |
| v. | |
| ROBLOX CORPORATION; and the FIRST DOE through ONE HUNDREDTH DOE, inclusive, | |
| Defendants. | |

IT IS HEREBY ORDERED that:

    Plaintiffs JOHN DOE L.D. and JOHN DOE P.D. may proceed in this action under pseudonyms.

    All public filings shall refer to Plaintiffs only by their designated pseudonyms.

    The parties shall file any unredacted documents containing Plaintiffs' true names under seal, in compliance with Civil Local Rule 79-5 and any applicable standing orders.

    This Order does not preclude the Court from revisiting the use of pseudonyms at a later stage of the proceedings if circumstances change.

IT IS SO ORDERED.

Dated: December 4, 2025

Hon. [signature]
United States District Judge